UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEAN GAULDEN,                          )
                                       )
            Plaintiff(s),              )
                                       )
      vs.                              )        Case No. 4:07CV01637 ERW
                                       )
CITY OF DESLOGE, MISSOURI, et al.,     )
                                       )
            Defendant(s).              )

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated

herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants City of

Desloge, Missouri and St. Francois County, Missouri shall have judgment against Plaintiff Jean

Gaulden on Count IV of Plaintiff's Amended Complaint.  Count IV of Plaintiff's Amended

Complaint is **DISMISSED WITH PREJUDICE**.

Dated this 6th Day of February, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE