## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JEAN GAULDEN,                              )
                                           )
    Plaintiff,                             )
                                           )
vs.                                        )  No. 4:07CV01637 ERW
                                           )
CITY OF DESLOGE, MISSOURI,                 )
et al.,                                    )
                                           )
    Defendants.                            )

### ORDER

The Court is currently reviewing the Motion for Summary Judgment [doc. #50] filed on January 28, 2009, by attorney Mark Zoole on behalf of Defendants City of Desloge, Brandon Scherffius, Nathan Bentley, St. Francois County, and Gary Gerstenschlager. Since the filing of said Motion, this Court has granted counsel's Motion to Withdraw his representation of Defendant Nathan Bentley, who currently proceeds pro se in this matter.

In addition, at the time of the filing of said Motion, Plaintiff had yet to depose Defendant Nathan Bentley. It is the Court's understanding that the deposition of Nathan Bentley was held and completed on March 27, 2009.

Due to the approaching trial date in this matter and deadline to file Pretrial Motions, the Court issues the following expedited Scheduling Order.

**IT IS HEREBY ORDERED** that Defendant Nathan Bentley shall notify this Court no later than April 8, 2009, as to whether or not he wishes to join in the Motion for Summary Judgment filed by his previous counsel.

**IT IS FURTHER ORDERED** that Plaintiff shall file with this Court no later than April 8, 2009, any Supplemental Response to the pending Motion for Summary Judgment as it relates to Defendant Bentley with the assumption that Defendant will elect to join in the Motion of the other Defendants. Plaintiff shall also inform the Court of Plaintiff's status relating to the pending Motion to Compel/Sanctions [doc. #56] that was held in abeyance pending Defendant Bentley's compliance with his deposition as ordered by the Court.

**So Ordered this 2nd Day of April , 2009.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**